JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARKRISHAN SINGH,<br><br>              Petitioner,<br><br>    v.<br><br>MARK BOWEN, et al.,<br><br>              Respondents. | CASE NO. 5:26-cv-02557-SK<br><br>**JUDGMENT** |

In accordance with the Order Granting Habeas Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted as set forth in that Order.

Respondents shall therefore RELEASE Petitioner Harkrishan Singh (A# 245-250-440) from custody within 48 hours upon the same conditions of release and supervision in effect at the time of his May 6, 2026 arrest and detention.

IT IS SO ORDERED.

DATED: June 3, 2026

                        HON. STEVE KIM
                        United States Magistrate Judge